===============================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__*NORTHERN*__     DISTRICT OF     __*NEW YORK*__

JUDGMENT IN A CIVIL CASE

DOCKET NO 1:05-CV-0569 (LEK/RFT)

---

**BRANDI RHODES, individually and BRANDI RHODES d/b/a/ WOMEN'S WORKOUT WORLD,**

           **Plaintiffs,**

   -against-

**THE TOWN OF KINGSTON, THE TOWN OF KINGSTON BUILDING DEPARTMENT, and KARL SCHEURZINGER, Building Inspector, in his official capacity,**

           **Defendants.**

---

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_**XX**\_\_\_ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is **DISMISSED** and judgment is entered in favor of the defendants as against the plaintiffs, in accordance with the **MEMORANDUM-DECISION and ORDER** of the Honorable Lawrence E. Kahn, U. S. District Judge, dated July 25, 2007.

DATE:   July 25, 2007

                                                  *LAWRENCE K. BAERMAN*
                                                  CLERK OF THE COURT

*/s/ Scott A. Snyder*
**Courtroom Deputy to the Honorable Lawrence E. Kahn**